WENDY MEDURA KRINCEK, ESQ., Bar # 6417
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
E-mail: wkrincek@littler.com
hmuckleroy@littler.com

Attorneys for Defendant
DRYBAR HOLDINGS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE MICHAEL SANDOVAL, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>DRYBAR HOLDINGS, LLC, a foreign limited liability company; HUNTER JOHNSON, in individual, RENEE ATWOOD, an individual, PATRICE CAMPBELL, an individual, ZRNA LONG, an individual, KATOYA SHAW, AN INDIVIDUAL, RACHEL BERNARD, an individual; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:19-cv-00180-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS' TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

      Plaintiff SHANE MICHAEL SANDOVAL ("Plaintiff") and Defendant DRYBAR HOLDINGS, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of March 18, 2019 to and including **April 9, 2019** so that Defendant can submit a collective responsive pleading on behalf of itself and individual Defendants HUNTER JOHNSON and RACHEL BERNARD, whose responsive pleadings are currently due on or before April 9, 2019.

      This is the first request for an extension of time to respond to the Complaint. This request is

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

made in good faith and not for the purpose of delay.

Dated: March 5, 2019

Respectfully submitted,

*/s/ Keen L. Ellsworth, Esq.*
KEEN L. ELLSWORTH, ESQ.
ELLSWORTH & BENNION, CHTD.

Attorney for Plaintiff
SHANE MICHAEL SANDOVAL

Dated: March 5, 2019

Respectfully submitted,

*/s/ Hilary B. Muckleroy, Esq.*
WENDY MEDURA KRINCEK, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
DRYBAR HOLDINGS, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: March 8, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:162842775.1 070958.1027

2.

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800