WENDY MEDURA KRINCEK, ESQ., Bar # 6417
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
E-mail:	wkrincek@littler.com
	hmuckleroy@littler.com

Attorneys for Defendants
DRYBAR HOLDINGS, LLC, HUNTER JOHNSON, RENEE ATWOOD, PATRICE CAMPBELL and RACHEL BERNARD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE MICHAEL SANDOVAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DRYBAR HOLDINGS, LLC, a foreign limited liability company; HUNTER JOHNSON, in individual, RENEE ATWOOD, an individual, PATRICE CAMPBELL, an individual, ZENA LONG, an individual, KATOYA SHAW, AN INDIVIDUAL, RACHEL BERNARD, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00180-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff SHANE MICHAEL SANDOVAL ("Plaintiff") and individual Defendants RENEE ATWOOD ("Atwood"), PATRICE CAMPBELL ("Campbell"), and ZENA LONG ("Long"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants Atwood, Campbell, and Long to file a responsive pleading from the current deadline of March 22, 2019 to and including **April 9, 2019** so that Defendant can submit a collective responsive pleading on behalf of Defendants Atwood, Campbell, and Long, along with individual Defendants HUNTER JOHNSON and RACHEL BERNARD and Defendant DRYBAR HOLDINGS, LLC, whose

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

responsive pleadings are currently due on or before April 9, 2019.

This is the first request from Defendants Atwood, Campbell, and Long for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: March 13, 2019

Respectfully submitted,

*/s/ Keen L. Ellsworth, Esq.*
KEEN L. ELLSWORTH, ESQ.
ELLSWORTH & BENNION, CHTD.

Attorney for Plaintiff
SHANE MICHAEL SANDOVAL

Dated: March 13, 2019

Respectfully submitted,

*/s/ Hilary B. Muckleroy, Esq.*
WENDY MEDURA KRINCEK, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
DRYBAR HOLDINGS, LLC, HUNTER JOHNSON, RENEE ATWOOD, PATRICE CAMPBELL and RACHEL BERNARD

**ORDER**

**IT IS SO ORDERED.**

Dated: March 13, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:163029091.1 070958.1027

2.