1  Keen L. Ellsworth, Esq.
2  Nevada Bar No. 4981
   ELLSWORTH & BENNION, CHTD.
3  777 N Rainbow Blvd., Ste 380
   Las Vegas, NV  89107-1188
4  Telephone: (702) 767-9987
5  Facsimile: (702) 920-9871
   Email: wynter@silverstatelaw.com
6  *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHANE MICHAEL SANDOVAL, an individual, | Case No: 2:19-cv-00180-RFB-VCF |
| Plaintiff, | |
| vs. | |
| DRYBAR HOLDINGS, LLC, a foreign limited liability company; HUNTER JOHNSON, an individual; RENEE ATWOOD, an individual; PATRICE CAMPBELL, an individual; ZENA LONG, an individual; KATOYA SHAW, an individual; RACHEL BERNARD, an individual; and DOES 1 through 100, inclusive, | **[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSIVE PLEADING TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF DOC. 24)**<br><br>*[FIRST REQUEST]* |
| Defendants. | |

**COME NOW**, Plaintiff, SHANE MICHAEL SANDOVAL, an individual, (hereinafter "Plaintiff"), and Defendants, DRYBAR HOLDINGS, LLC, a foreign limited liability company; HUNTER JOHNSON, an individual; RENEE ATWOOD, an individual; PATRICE CAMPBELL, an individual; ZENA LONG, an individual; and RACHEL BERNARD, an individual (hereinafter collectively "Defendants"), by and through their respective undersigned counsel of record, and hereby agree and stipulate to extend the time for Plaintiff to file a

responsive pleading to the Defendants' *Motion to Dismiss Plaintiff's Complaint* (ECF Doc. 24) from the current deadline of April 23, 2019 to and including **April 30, 2019**.

This is the first request for an extension of time to respond to this *Motion*. This request is made in good faith and not for the purposes of delay.

| | |
|---|---|
| **ELLSWORTH & BENNION, CHTD.** | **LITTLER MENDELSON, P.C.** |
| By: /s/ Keen L. Ellsworth, Esq. | By: /s/ Wendy M. Krincek, Esq. |
| Keen L. Ellsworth, Esq. | Wendy Medura Krincek, Esq. |
| Nevada Bar No. 4981 | Nevada Bar No: 6417 |
| 777 N Rainbow Blvd., Ste 380 | Hilary B. Muckleroy, Esq. |
| Las Vegas, NV 89107-1188 | Nevada Bar No. 9632 |
| Telephone: (702) 767-9987 | 3960 Howard Hughes Pkwy, Ste 300 |
| Facsimile: (702) 920-9871 | Las Vegas NV 89169-5937 |
| Email: wynter@silverstatelaw.com | Telephone: (702) 862-8800 |
| *Counsel for Plaintiff* | Facsimile: (702) 862-8811 |
| | Email: wkrincek@littler.com |
| | Email: hmuckleroy@littler.com |
| | *Counsel for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of April, 2019.