# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE MICHAEL SANDOVAL, | Case No.: 2:19-cv-00180-RFB-VCF |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 40] |
| DRYBAR HOLDINGS, LLC, | |
| Defendant(s). | |

Pending before the Court is Defendants' motion for exceptions to the attendance requirements for the early neutral evaluation. Docket No. 40. Any response shall be filed by May 10, 2019, and any reply shall be filed by May 13, 2019.

IT IS SO ORDERED.

Dated: May 8, 2019

Nancy J. Koppe
United States Magistrate Judge