# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE MICHAEL SANDOVAL, | Case No.: 2:19-cv-00180-RFB-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| DRYBAR HOLDINGS, LLC, et al., | |
| Defendant(s). | |

An early neutral evaluation is currently set for June 3, 2019. *See* Docket No. 35. An evaluating magistrate judge may *sua sponte* exempt a case from the early neutral evaluation process. Local Rule 16-6(c). Having reviewed the parties' settlement statements and in light of their competing representations regarding their respective acceptable settlement outcomes, holding an early neutral evaluation in this case would be futile. Accordingly, the early neutral evaluation is **VACATED** and this case returns to the normal litigation track.

IT IS SO ORDERED.

Dated: May 31, 2019

Nancy J. Koppe
United States Magistrate Judge