WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
E-mail: wkrincek@littler.com
         mbsmith@littler.com

Attorneys for Defendants
DRYBAR HOLDINGS LLC, HUNTER JOHNSON, RENEE ATWOOD, PATRICE CAMPBELL, ZENA GARDNER, KATOYA SHAW, and RACHEL BERNARD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE MICHAEL SANDOVAL, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>DRYBAR HOLDINGS LLC, a foreign limited liability company; HUNTER JOHNSON, in individual, RENEE ATWOOD, an individual, PATRICE CAMPBELL, an individual, ZENA LONG, an individual, KATOYA SHAW, AN INDIVIDUAL, RACHEL BERNARD, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-00180-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[SECOND REQUEST]** |

Plaintiff, SHANE MICHAEL SANDOVAL and Defendants, DRYBAR HOLDINGS LLC, HUNTER JOHNSON, RENEE ATWOOD, PATRICE CAMPBELL, ZENA GARDNER, AND RACHEL BERNARD, by and through their respective counsel of record, do hereby stipulate and agree to amend the current scheduling order and discovery plan (ECF No. 67) by extending the current discovery cut-off date of January 6, 2020 for an additional 90 days until **April 6, 2020** (April 5, 2020 is a Sunday)**,** with other discovery dates extended as set forth below.

///

## DISCOVERY COMPLETED TO DATE

To date, the parties have completed the following discovery:

**Plaintiff**:

| | |
|---|---|
| Initial Disclosures | May 23, 2019 |
| Responses to Defendant's Requests for Production | June 27, 2019 |
| Responses to Defendant's Interrogatories | June 27, 2019 |
| First Supplement to Initial Disclosures | June 27, 2019 |
| Requests for Production to Drybar | July 26, 2019 |
| Interrogatories to Drybar | July 26, 2019 |
| Requests for Production to Johnson | July 26, 2019 |
| Interrogatories to Johnson | July 26, 2019 |
| Requests for Production to Atwood | July 26, 2019 |
| Interrogatories to Atwood | July 26, 2019 |
| Requests for Production to Campbell | July 26, 2019 |
| Interrogatories to Campbell | July 26, 2019 |
| Requests for Production to Gardner | July 26, 2019 |
| Interrogatories to Gardner | July 26, 2019 |
| Requests for Production to Bernard | July 26, 2019 |
| Interrogatories to Bernard | July 26, 2019 |
| Notice of Subpoena to Navex Global | August 20, 2019 |
| Notice of Subpoena to Ogleetree Deakins Nash & Smoak | August 20, 2019 |
| Second Supplement to Initial Disclosures | October 23, 2019 |

**Defendant**:

| | |
|---|---|
| Initial Disclosures | May 28, 2019 |
| Requests for Production to Plaintiff | May 28, 2019 |
| Interrogatories to Plaintiff | May 28, 2019 |
| Responses to Requests for Production to Drybar | October 25, 2019 |
| Responses to Interrogatories to Drybar | October 25, 2019 |

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

| | | |
|---|---|---|
| 1 | Responses to Requests for Production to Johnson | October 25, 2019 |
| 2 | Responses to Interrogatories to Johnson | October 25, 2019 |
| 3 | Responses to Requests for Production to Atwood | October 25, 2019 |
| 4 | Responses to Interrogatories to Atwood | October 25, 2019 |
| 5 | Responses to Requests for Production to Campbell | October 25, 2019 |
| 6 | Responses to Interrogatories to Campbell | October 25, 2019 |
| 7 | Responses to Requests for Production to Gardner | October 25, 2019 |
| 8 | Responses to Interrogatories to Gardner | October 25, 2019 |
| 9 | Responses to Requests for Production to Bernard | October 25, 2019 |
| 10 | Responses to Interrogatories to Bernard | October 25, 2019 |

## DISCOVERY TO BE COMPLETED

The parties anticipate the taking of several depositions, including Plaintiff's deposition, Defendants' depositions, and witnesses identified by both parties. The parties also intend to serve additional third party subpoenas. In addition, the parties are in the meet and confer process regarding Plaintiff's responses to interrogatories and requests for production of documents and third party subpoenas.

## REASONS FOR EXTENSION TO COMPLETE DISCOVERY

Good cause exists for the requested extension due to the number of parties in this action, and the fact that the parties intend to depose all parties, additional time is needed to accommodate the various depositions. Some of the anticipated deponents reside out of state. The parties also need additional time to resolve discovery disputes. In addition, Defendant Shaw was recently served and appeared in this matter on October 1, 2019, and may serve or need to respond to written discovery prior to depositions. This is the second stipulation for extension of the discovery deadline and it is sought in good faith and not for the purpose of delay.

## PROPOSED SCHEDULE

**1.     Discovery Cut-Off:**

The parties shall complete discovery not later than **April 6, 2020**.

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

**2. Dispositive Motions:**

The parties shall file dispositive motions 30 days after the discovery cut-off date, and therefore not later than **May 6, 2020.**

**3. Pretrial Order:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed 30 days after the date set for filing dispositive motions, and therefore not later than **June 5, 2020.** In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions, or otherwise by further order of the Court.

**4. Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-4, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than 21 days prior to the expiration of the subject deadline.

Dated: November 15, 2019

Respectfully submitted,                    Respectfully submitted,

*/s/ Keen L. Ellsworth, Esq.*              */s/ Marcus B. Smith, Esq.*
KEEN L. ELLSWORTH, ESQ.                    WENDY MEDURA KRINCEK, ESQ.
ELLSWORTH & BENNION, CHTD.                 MARCUS B. SMITH, ESQ.
                                           LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
SHANE MICHAEL SANDOVAL                     Attorneys for Defendants
                                           DRYBAR HOLDINGS, LLC, HUNTER
                                           JOHNSON, RENEE ATWOOD, PATRICE
                                           CAMPBELL, ZENA LONG, KATOYA SHAW
                                           and RACHEL BERNARD

**IT IS SO ORDERED.**

Dated this 18th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4848-9924-3178.1 070958.1038

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4.