WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
KELSEY E. STEGALL, ESQ., Bar #14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:   702.862.8811
E-mail:  wkrincek@littler.com
         mbsmith@littler.com
         kstegall@littler.com

Attorneys for Defendants
DRYBAR HOLDINGS LLC, PATRICE CAMPBELL, ZENA LONG, and KATOYA SHAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE MICHAEL SANDOVAL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DRYBAR HOLDINGS LLC, a foreign limited liability company; HUNTER JOHNSON, in individual, RENEE ATWOOD, an individual, PATRICE CAMPBELL, an individual, ZENA LONG, an individual, KATOYA SHAW, AN INDIVIDUAL, RACHEL BERNARD, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:19-cv-00180-RFB-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** <br><br> **[FIRST REQUEST]** |

Plaintiff SHANE MICHAEL SANDOVAL ("Plaintiff") and Defendants DRYBAR HOLDINGS LLC, PATRICE CAMPBELL, and KATOYA SHAW ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file their Reply in Support of its Motion for Summary Judgment with the current deadline of January 4, 2021, up to and including **January 11, 2021**.

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The requested extension is necessary in light of the upcoming holiday and the need for additional time to give defense counsel more time to prepare a sufficient Reply to Plaintiff's Opposition.

This is the first request for an extension of time to file the Reply in Support of Defendants' Motion for Summary Judgment. This request is made in good faith and not for the purpose of delay.

Dated: December 22, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Keen L. Ellsworth | /s/ Marcus B. Smith |
| KEEN L. ELLSWORTH, ESQ.<br>ELLSWORTH & BENNION, CHTD. | WENDY MEDURA KRINCEK, ESQ.<br>MARCUS B. SMITH, ESQ.<br>KELSEY E. STEGALL, ESQ.<br>LITTLER MENDELSON, P.C. |
| Attorney for Plaintiff<br>SHANE SANDOVAL | Attorneys for Defendants<br>DRYBAR HOLDINGS LLC, PATRICE CAMPBELL, ZENA LONG and KATOYA SHAW |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 28th day of December, 2020.

4852-8104-9557.1 070958.1038

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.